IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     PAMELA FOWLER,           :     CASE NO.: 1:15-bk-04788
                      DEBTOR                 :
                                                              :     CHAPTER 13

**PRAECIPE FOR WITHDRAW/ENTRY OF APPEARANCE**

To the Clerk of Court:

Please withdraw my appearance on behalf of Pamela Fowler, in the above captioned matter.

Respectfully submitted,

BECKER LAW GROUP, P.C.

Date 2/15/19          By: _Robert D. O'Brien_
                                               Robert D. O'Brien, Esquire
                                               Supreme Court I.D. # 65737
                                               529 Carlisle Street
                                               Hanover, PA 17331
                                               717-630-9688

Please enter my appearance on behalf of the Debtor, Pamela Fowler, in the above captioned matter.

Respectfully submitted,

BECKER LAW GROUP, P.C.

Date 2/15/19          By: _Taylor K. Thomas_
                                               Taylor K. Thomas, Esquire
                                               Attorney I.D. #325656
                                               Attorney for Debtor
                                               529 Carlisle Street
                                               Hanover, PA 17331
                                               (717) 630-9688
                                               Fax (717) 630-0691
                                               Email: tthomas@beckerlawgrouppc.com

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | PAMELA FOWLER, | : | CASE NO.: 1:15-bk-04788 |
| | DEBTOR | : | |
| | | : | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of February, 2019, a copy of the foregoing Praecipe for Withdrawal/Entry of Appearance was sent via electronic mail and also mailed first-class, postage prepaid, to:

Robert D. O'Brien, Esquire
Becker Law Group, P.C.
529 Carlisle Street
Hanover, PA 17331

Office of the U.S. Trustee
U.S. Bankruptcy Court
Ronald Reagan Federal Building
P.O. Box 908
Harrisburg, PA 17108

Charles J. DeHart, III, Esq.
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

And all of other attorneys and creditors requesting notice and on creditor's matrix

Respectfully submitted,

BECKER LAW GROUP, P.C.

By: _____
Taylor K. Thomas, Esquire
Attorney I.D. #325656
Attorney for Debtor
529 Carlisle Street
Hanover, PA 17331
(717) 630-9688
Fax (717) 630-0691
Email: tthomas@beckerlawgrouppc.com

2