```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-04788-HWV
Pamela S Fowler                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar           Page 1 of 1           Date Rcvd: Mar 14, 2019
                          Form ID: trc            Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4968747      BANK OF AMERICA, N.A.,   P.O. BOX 31785,   TAMPA, FL 33631-3785,
         Last four digits of Acct#:1097,   BANK OF AMERICA, N.A.,   P.O. BOX 31785
                                                                                                      TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
          Towd Point Master Funding Trust 2018-PM26 bkgroup@kmllawgroup.com
         Jerome B Blank    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
         Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
         LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association successor by
          merger to Chase Home Finance LLC successor by merger to Chase Manhattan Mortgage Corporation
          pabk@logs.com
         Mario John Hanyon    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         Scott J Strausbaugh    on behalf of Debtor 1 Pamela S Fowler sstrausbaugh@bandspc.com
         Taylor K Thomas    on behalf of Debtor 1 Pamela S Fowler tthomas@beckerlawgrouppc.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                            TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04788-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Pamela S Fowler
9 Persimmon Trail
Fairfield PA 17320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#:1097, BANK OF AMERICA, N.A., P.O. BOX 31785 | U.S. Bank Trust National Association, as Trustee Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 U.S. Bank Trust National Association, as Serviced by Select Portfolio Servicing, |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/16/19

Terrence S. Miller
**CLERK OF THE COURT**