```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-04788-HWV
Pamela S Fowler                                                 Chapter 13
         Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: CGambini            Page 1 of 1         Date Rcvd: Jul 31, 2019
                             Form ID: orfeedue         Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank as servicer for Lakeview Loan Servicing L
                                                                            TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2018-PM26 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Bank Of America, N.A. pamb@fedphe.com
              Kevin S Frankel    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
              LeeAne O Huggins    on behalf of Creditor   JPMorgan Chase Bank, National Association successor by
               merger to Chase Home Finance LLC successor by merger to Chase Manhattan Mortgage Corporation
               pabk@logs.com
              Mario John Hanyon    on behalf of Creditor   Bank Of America, N.A. pamb@fedphe.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Scott J Strausbaugh    on behalf of Debtor 1 Pamela S Fowler sstrausbaugh@bandspc.com
              Taylor K Thomas    on behalf of Debtor 1 Pamela S Fowler tthomas@beckerlawgrouppc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Pamela S Fowler                                 Chapter 13

                                                                           Case number 1:15–bk–04788–HWV

**Debtor(s)**                                  Document Number: 37

### Order Filing Fee Due

A transfer of claim was filed on **July 30, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **August 7, 2019**.

Dated: July 31, 2019                                               By the Court,

                                                                     *Henry W. Van Eck* (signature)

                                                                     Honorable Henry W. Van Eck
                                                                     United States Bankruptcy Judge
                                                                     By: CGambini, Deputy Clerk

orfeedue(05/18)