Revised 04/2014

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAMELA S FOWLER

)   Case No. 15-4788
)   Chapter 13
)
)
)
**Debtor(s)**     )

FILED
Harrisburg, PA
JUN -3 2020
Clerk,
Bankruptcy Court

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**  ☒ Notice Address
(both may be selected, if applicable)  ☒ Payment Address

OLD ADDRESS:   ONEMAIN FINANCIAL
                (Name)
                PO BOX 70912
                (Street Address or P.O. Box)
                CHARLOTTE, NC 28272
                (City, State, Zip Code)

NEW ADDRESS:   ONEMAIN FINANCIAL
                (Name)
                PO BOX 3251
                (Street Address or P.O. Box)
                EVANSVILLE, IN 47731
                (City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Angela A Bowers
**Signature of Creditor or Creditor's Attorney**
OneMain, f/k/a Springleaf Financial Services
PO BOX 3251
Evansville, IN 47731
800-266-9800
**Name/OBA#/Address/Telephone #/Email**