United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Pamela S Fowler  
    Debtor(s)

Case No. 15-04788-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Dec 21, 2020      Form ID: 3180W      Total Noticed: 82

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela S Fowler, 9 Persimmon Trail, Fairfield, PA 17320-8489 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4718475 | + | Accouts Services Dept., PO Box 731, Mahwah, NJ 07430-0731 |
| 4755803 | + | CarMax Business Services LLC, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 4718482 | + | Carmax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 4726081 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 4718497 | | Exxon, PO Box 6044, Po Box 20507, Sioux Falls, SD 57117 |
| 4718498 | | Financial Recoveries, PO Box 1022, Wixom, MI 48393-1022 |
| 4718506 | + | Gettysburg Eye Care, 408 East Middle Street, Gettysburg, PA 17325-1926 |
| 4885996 | | JPMorgan Chase Bank, National Association, 415 Vision Drive, Columbus, Ohio 43219 |
| 4731221 | + | JPMorgan Chase Bank, National Association successo, c/o LeeAne O. Huggins, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 4718513 | + | Northland Group, Inc., PO Box 390905, Minneapolis, MN 55439-0905 |
| 4718518 | | Phillips & Cohen Assoc. Ltd., Mail Stop 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 4718523 | + | TD Retail, Po Box 732, Mahwah, NJ 07430-0732 |
| 4722544 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5171709 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5171710 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, U.S. Bank Trust National Association, as 84119-3284 |
| 4718526 | + | Wellspan, PO Box 742641, Cincinnati, OH 45274-2641 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 4968746 | | EDI: BANKAMER.COM | Dec 22 2020 00:08:00 | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#:1097 |
| 4718477 | + | EDI: BANKAMER.COM | Dec 22 2020 00:08:00 | Bank Of America N.A., PO Box 5170, Simi valley, CA 93062-5170 |
| 4718476 | + | EDI: BANKAMER.COM | Dec 22 2020 00:08:00 | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 4718478 | + | EDI: TSYS2.COM | Dec 22 2020 00:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 4718479 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 21 2020 19:02:00 | Berks Credit & Collections, PO Box 329, Temple, PA 19560-0329 |
| 4747465 | + | EDI: WFNNB.COM | Dec 22 2020 00:08:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4718481 | + | EDI: CAPITALONE.COM | Dec 22 2020 00:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 4734260 | EDI: CAPITALONE.COM | Dec 22 2020 00:08:00 | Salt Lake City, UT 84130-0285<br>Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4745780 | EDI: BL-BECKET.COM | Dec 22 2020 00:08:00 | Capital One NA, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4760016 | + Email/Text: bncmail@w-legal.com | Dec 21 2020 19:02:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4718486 | + EDI: CITICORP.COM | Dec 22 2020 00:08:00 | Citibank/The Home Depot, PO Box 790040, Saint Louis, MO 63179-0040 |
| 4718487 | + Email/Text: mediamanagers@clientservices.com | Dec 21 2020 19:01:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 4718488 | EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 4718489 | EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 4718490 | + EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenity Bank/King Sizes, Attention: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4718491 | + EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenity Bank/OneStopPlus.com, Attention: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4718492 | + EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenity Bank/Roamans, Attn: Bankruptcy, P.O. Box 182686, Columbus, OH 43218-2686 |
| 4718493 | + EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenitycapital/line, Po Box 182120, Columbus, OH 43218-2120 |
| 4718494 | EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Comenitycb/linen Sourc, PO Box 183043, Columbus, OH 43218-3043 |
| 4718495 | EDI: CBS7AVE | Dec 22 2020 00:08:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 4730770 | + EDI: CBS7AVE | Dec 22 2020 00:08:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4720384 | EDI: DISCOVER.COM | Dec 22 2020 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4718496 | + EDI: DISCOVER.COM | Dec 22 2020 00:08:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 4718500 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | GECRB/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 4718501 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | GECRB/JC Penny, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 4718502 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | GECRB/Lowes, Attention: Bankruptcy Dept, Po Box 103104, Roswell, GA 30076-9104 |
| 4718503 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | GECRB/MTD Power Card, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 4718504 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | GECRB/PayPal Cr, Attn:Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 4718499 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | Ge Capital Credit Card, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 4718505 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | Gemb/walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 4718507 | + EDI: RMSC.COM | Dec 22 2020 00:08:00 | Green Tree Servicing L, 332 Minnesota St Ste |

| | | | | |
|---|---|---|---|---|
| | | | | 610, Saint Paul, MN 55101-1314 |
| 4718508 | | EDI: IRS.COM | Dec 22 2020 00:08:00 | IRS, PO Box 9052, Andover, MA 01810-9052 |
| 4718483 | | EDI: JPMORGANCHASE | Dec 22 2020 00:08:00 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 4718484 | | EDI: JPMORGANCHASE | Dec 22 2020 00:08:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 4718485 | | EDI: JPMORGANCHASE | Dec 22 2020 00:08:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 4760569 | | EDI: JPMORGANCHASE | Dec 22 2020 00:08:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4718509 | | EDI: WFNNB.COM | Dec 22 2020 00:08:00 | Jessica London, Po Box 659728, San Antonio, TX 78265-9728 |
| 4718510 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2020 19:01:00 | Kohls/capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 4730486 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2020 19:17:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4718511 | | EDI: CBSMASON | Dec 22 2020 00:08:00 | Masseys, Po Box 2822, Monroe, WI 53566-8022 |
| 4718512 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2020 19:16:29 | Merrick Bk, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 4750730 | + | EDI: MID8.COM | Dec 22 2020 00:08:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5332770 | + | EDI: AGFINANCE.COM | Dec 22 2020 00:08:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 4754828 | + | EDI: AGFINANCE.COM | Dec 22 2020 00:08:00 | OneMain Financial Group, LLC as Servicer for Wells, 6801 Coldwell Blvd, Mail Stop: NTSB: 1310, Irving, TX 75039-3198 |
| 4718514 | | EDI: AGFINANCE.COM | Dec 22 2020 00:08:00 | Onemain Financial, Bankruptcy Dept, PO BOx 6042, Sioux Falls, SD 57117-6042 |
| 4754595 | | EDI: PRA.COM | Dec 22 2020 00:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4718515 | + | EDI: RMSC.COM | Dec 22 2020 00:08:00 | Paypal Credit, PO box 5138, Timonium, MD 21094-5138 |
| 4718516 | + | Email/Text: bkrgeneric@penfed.org | Dec 21 2020 19:01:00 | Pentagon - Bankcard, Po Box 1432, Alexandria, VA 22313-1432 |
| 4718517 | + | Email/Text: bkrgeneric@penfed.org | Dec 21 2020 19:01:00 | Pentagon Federal Cr Un, Po Box 1432, Alexandria, VA 22313-1432 |
| 4748268 | | EDI: Q3G.COM | Dec 22 2020 00:08:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4738628 | | EDI: Q3G.COM | Dec 22 2020 00:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4738629 | | EDI: Q3G.COM | Dec 22 2020 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4719073 | | EDI: RECOVERYCORP.COM | Dec 22 2020 00:08:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 5156390 | + | Email/Text: bncmail@w-legal.com | Dec 21 2020 19:02:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S. 98121-3132 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5156389 | + | Email/Text: bncmail@w-legal.com | Dec 21 2020 19:02:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 4718519 | | EDI: RMSC.COM | Dec 22 2020 00:08:00 | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 4718520 | + | EDI: RMSC.COM | Dec 22 2020 00:08:00 | Sams Club / GEMB, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 4718522 | | EDI: RMSC.COM | Dec 22 2020 00:08:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 4718521 | | EDI: RMSC.COM | Dec 22 2020 00:08:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 4718524 | + | EDI: BLUESTEM | Dec 22 2020 00:08:00 | Webbank / Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 4733409 | | EDI: WFFC.COM | Dec 22 2020 00:08:00 | Wells Fargo Bank N. A., PO Box 10438, Des Moines, Ia 50306-0438 |
| 4718525 | + | EDI: WFFC.COM | Dec 22 2020 00:08:00 | Wells Fargo Home Projects, Wells Fargo Client Processing, 800 Walnut Street, Des Moines, IA 50309-3605 |
| 4718527 | + | EDI: WFFC.COM | Dec 22 2020 00:08:00 | Wf Fin Bank, Attention: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 64

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing L |
| 4968747 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#:1097, BANK OF AMERICA, N.A., P.O. BOX 31785 |
| 4718480 | | Bill me later |
| 5229287 | | M&T Bank as servicer for Lakeview, Loan Servicing, LLC, M&T Bank as servicer for Lakeview, Loan Servicing, LLC |
| 5229286 | | M&T Bank as servicer for Lakeview, Loan Servicing, LLC |
| cr | *+ | JPMorgan Chase Bank, National Association successo, c/o LeeAne O. Huggins, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | *+ | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM26 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com |
| Kevin S Frankel | on behalf of Creditor JPMORGAN CHASE BANK  N.A. pa-bk@logs.com |
| LeeAne O Huggins | on behalf of Creditor JPMorgan Chase Bank  National Association successor by merger to Chase Home Finance LLC successor by merger to Chase Manhattan Mortgage Corporation pabk@logs.com |
| Mario John Hanyon | on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Scott J Strausbaugh | on behalf of Debtor 1 Pamela S Fowler sstrausbaugh@bandspc.com |
| Taylor K Thomas | on behalf of Debtor 1 Pamela S Fowler tthomas@beckerlawgrouppc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

## Information to identify the case:

**Debtor 1**: Pamela S Fowler
First Name   Middle Name   Last Name

**Debtor 2** (Spouse, if filing):
First Name   Middle Name   Last Name

United States Bankruptcy Court: Middle District of Pennsylvania

Case number: 1:15-bk-04788-HWV

Social Security number or ITIN: xxx-xx-9589
EIN: __-_____

Social Security number or ITIN: ____
EIN: __-_____

# Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Pamela S Fowler

12/21/20

**By the court:** Henry W. Van Eck
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**