**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Pamela S. Fowler**<br>**Debtor(s)**<br><br>**U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2018-PM26**<br>**Movant**<br>**vs.**<br><br>**Pamela S. Fowler**<br>**Debtor(s)**<br><br>**Charles J. DeHart, III Esq.**,<br>**Trustee** | **BK NO. 15-04788 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 32** |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE**

I, Brian C. Nicholas, Esq. of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 28, 2020, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Pamela S. Fowler
9 Persimmon Trail
Fairfield, PA 17320

Attorney for Debtor(s)
TAYLOR K. THOMAS, ESQUIRE
Becker Law Group, P.C.,
529 Carlisle Street
Hanover, PA 17331
(VIA ECF)

Scott J. Strausbaugh , Becker and Strausbaugh, P.C.
544 Carlisle Street
Hanover, PA 17331
(VIA ECF)

Trustee
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(VIA ECF)

Method of Service: electronic means or first class mail

Dated: December 28, 2020

**/s/**

Attorney I.D.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Certificate of Service  Page 2 of 2